Joseph E. Frontzak
08 B 08580
General Unsecured Claim Payment Schedule

| Creditor | Scheduled | Claim Amt. | Allowed Amt. | 5% Payment | Quarterly Pmt. |
|---|---|---|---|---|---|
| American Express | 18,064.00 | 19,370.93 | 19,370.93 | 968.55 | 48.43 |
| Bank of America-9151 | 22,341.27 | 31,529.41 | 31,529.41 | 1,576.47 | 78.82 |
| Bank of America-3293 | 12,442.50 | 25,546.12 | 25,546.12 | 1,277.31 | 63.87 |
| Chase Marriott Visa | 29,363.56 | 30,246.48 | 30,246.48 | 1,512.32 | 75.62 |
| Citi Cards | 30,472.20 | | 30,472.20 | 1,523.61 | 76.18 |
| Discover | 15,110.88 | 18,840.89 | 18,840.89 | 942.04 | 47.10 |
| Greater Bay-Lease | | 7,899.09 | 7,899.09 | 394.95 | 19.75 |
| HMM Pallets | 25,275.00 | | 25,275.00 | 1,263.75 | 63.19 |
| LaSalle Bank, N.A. | 750.01 | | 750.01 | 37.50 | 1.88 |
| LaSalle-Deficiency | | 64,500.59 | 64,500.59 | 3,225.03 | 161.25 |
| National City Bank | | 75,336.62 | 75,336.62 | 3,766.83 | 188.34 |
| Nicor Gas | | 2,919.14 | 2,919.14 | 145.96 | 7.30 |
| P&R Pallets | 64,366.42 | | 64,366.42 | 3,218.32 | 160.92 |
| Sears Card | 1,486.29 | | 1,486.29 | 74.31 | 3.72 |
| Washington Mutual | 89,694.22 | 95,092.49 | 95,092.49 | 4,754.62 | 237.73 |
| Wells Fargo-9112 | 5,885.16 | 13,370.53 | 13,370.53 | 668.53 | 33.43 |
| Wells Fargo-2675 | 16,316.89 | 19,566.52 | 19,566.52 | 978.33 | 48.92 |

TOTAL PAYMENT:   1,316.42

| Number | Date | Description | Payment | | ✓ |
|---|---|---|---|---|---|
| 8450 | 4/23 | American Express c/o Becket&Lee | 48 | 43 | ✓ |
| 8451 | 4/23 | Chase Bank USA | 75 | 62 | ✓ |
| 8452 | 4/23 | Discover Bank/DFS Services | 47 | 10 | ✓ |
| 8453 | 4/23 | FIA Card Services | 78 | 82 | |
| 8454 | 4/23 | FIA Card Services | 63 | 87 | |
| 8455 | 4/23 | Great Bay Capitol | 19 | 75 | ✓ |
| 8456 | 4/23 | LaSalle Bank National Ass | 161 | 25 | |
| 8457 | 4/23 | National City | 188 | 34 | ✓ |
| 8458 | 4/23 | Nicor Gas | 145 | 96 | ✓ |
| 8459 | 4/23 | Wells Fargo Bank | 33 | 43 | ✓ |
| 8460 | 4/23 | Wells Fargo Bank | 48 | 92 | ✓ |
| 8461 | 4/23 | Washington Mutual/WAMU | 237 | 73 | |
| 8462 | 4/23 | Citi Cards | 76 | 18 | ✓ |

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | | ✓ | D/C |
|---|---|---|---|---|---|---|
| 8463 | 4/23 | For Pallets | 160 | 92 | | |
| 8464 | 4/23 | Sears | 74 | 31 | | |