**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Joseph E. Frontzak | ) | Bankruptcy No. 08 B 08580 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge A. Benjamin Goldgar |
| | ) | |
| | ) | |

**ORDER CLOSING CASE**

THIS CAUSE coming on to be heard on the Debtor's motion for entry of final decree, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that this Chapter 11 case be closed and all quarterly payments to the United States Trustee, after the current quarter, are abated in full. The Debtor shall have leave to file a motion to reopen the case, without payment of a reopening fee, for the sole purpose of obtaining a discharge upon completion of payments to general unsecured creditors under the Plan, or otherwise as provided by Section 1141(d)(5) of the Bankruptcy Code.

Date:                                                                                        ENTER:

                                                                                                    _____
                                                                                                    United States Bankruptcy Judge

Prepared by:
David P. Lloyd
Grochocinski & Grochocinski, Ltd.
1900 Ravinia Place
Orland Park IL  60462
(708) 226-2700
Fax: (708) 226-9030