# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | February 22, 2010 |
| **Bankruptcy Case** | 08 B 08580 | **Adversary No.** | |
| **Title of Case** | Joseph E. Frontzak | | |

**Brief Statement of Motion**
Motion for Entry of Final Decree     (Docket entry no. 70)

**Names and Addresses of moving counsel**
David P. Lloyd
Grochocinsky Grochocinsky & Lloyd, Ltd.

1900 Ravinia Place

Orland Park, Illinois 60462

**Representing**     Debtor

## ORDER

**Memorandum in support of motion for entry of final decree is due by March 5, 2010.**

**Status hearing is set for March 17, 2010 at 10:00 a.m.**